# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 5:03CR48-V |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | **INDICTMENT** |
| (6) LILIA SALAZAR GUZMAN | ) | |
| (10) JOSE MARIA BALDOVINOS-VALERIO | ) | |
| (13) NICCOLAS CONTRERAS SANDOVAL | ) | |
| (14) DONACIANA PATINO-VEGAS | ) | |
| (15) NOE PAREDES AVILA | ) | |
| (21) BOBBY LNU, aka Marcos Anthony Moreno) | | |
| (23) HOGUER SANCHEZ-BERMUDEZ | ) | |
| (29) MARARIO PINEDA SANCHEZ | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to the above listed defendants only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshal's Service, and the United States Attorney's Office.

Signed: September 4, 2007

Richard L. Voorhees
United States District Judge